IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DENISE L. DAVIS**                                                                  **PLAINTIFF**

**V.**                      **CASE NO.: 3:17-CV-3112**

**CIGNA HEALTH AND LIFE INSURANCE
COMPANY; LIFE INSURANCE COMPANY
OF NORTH AMERICA; and FEDEX FREIGHT, INC.**             **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on December 6, 2017, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion to Proceed IFP (Doc. 3) is hereby **DENIED**. Plaintiff is given a period of twenty (20) days from the date of this Order to pay the filing fee, or the case will be summarily dismissed.

**IT IS SO ORDERED** on this 4th day of January, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE